IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80047 MISC

Cynthia Leslie Cox - #168112

### ORDER TO SHOW CAUSE

It appearing that Cynthia Leslie Cox has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that she may not practice law while so enrolled effective January 23, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 2, 2010 as to why she should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Cynthia Leslie Cox
740 Oakland Ave #101
Oakland, CA 94611