**FILED**

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 10 80047 MISC VRW |
| Cynthia Leslie Cox, | |
| State Bar No 168112 | ORDER |

On February 24, 2010, the court issued an order to show cause (OSC) why Cynthia Leslie Cox should not be removed from the roll of attorneys authorized to practice law before this court, based upon her enrollment as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective January 23, 2010.

The OSC was mailed to Ms Cox's address of record with the State Bar on March 1, 2010, and was returned undeliverable. A written response was due on or before April 2, 2010. No response to the OSC has been filed as of this date.

The court now orders Cynthia Leslie Cox removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Cynthia Leslie Cox

Case Number: C 10-80047 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Leslie Cox
740 Oakland Ave #101
Oakland, CA 94611


Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*